IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME K. YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 11-6311 |

## ORDER

**AND NOW**, this 14th day of December 2012, upon consideration of Defendants' Motion for Summary Judgment, Supporting Memorandum of Law, and Attached Exhibits A and B (Doc. No. 13), Plaintiff's Response in Opposition, Supporting Memorandum of Law, and Attached Exhibits C through L (Doc. Nos. 14-16), and for reasons stated in the Opinion filed this day, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 13) is **GRANTED**.

2. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.